Columbus Bar Association *v.* Magana.

[Cite as *Columbus Bar Assn. v. Magana* (2000), 88 Ohio St.3d 150.]

(No. 99-1558—Submitted October 12, 1999—Decided February 23, 2000.)

*Shawnell Williams, Stephen S. Francis* and *Bruce A. Campbell,* for relator.

*Ralph A. Kerns,* for respondent.

***Per Curiam.*** We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio with no credit for time served under his pending interim suspension. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.